UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDISON RAUL DE LA CRUZ SAULA,
JONATHAN ORLANDO HERRERA
CAJAMARCA and LUIS ENRIQUE CHAVEZ
NAVARRO, individually and on behalf of all
others similarly situated,

                          Plaintiffs,

            -against-

IQ ELECTRICAL CONTRACTING CORP. and
ILIVER QADHIMI, as individual,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/15/2026____

25 Civ. 8453 (AT)

**ORDER**

ANALISA TORRES, District Judge:

For the reasons stated on the record at the June 15, 2026 default hearing, Plaintiffs' motion for default judgment is GRANTED, and the Clerk of Court is respectfully directed to enter judgment against Defendants IQ Electrical Contracting Corp. and Iliver Qadhimi on the following claims:

1. Plaintiffs Saula, Cajamarca, and Navarro's claims of unpaid overtime compensation in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL");
2. Plaintiffs Cajamarca and Navarro's claims of unpaid wages in violation of the NYLL;
3. Plaintiff Cajamarca's claim of unpaid minimum wage in violation of the NYLL; and
4. Plaintiffs Saula, Cajamarca, and Navarro's claims that they did not receive wage notices and statements in violation of the Wage Theft Protection Act ("WTPA"), NYLL § 195.

The Court's default judgment ruling applies only to the named Plaintiffs and not to any putative class members. The Court determines that an inquest into Plaintiffs' request for damages and attorneys' fees is required and shall order one accordingly.

The Clerk of Court is respectfully directed to remove "individually and on behalf of all others similarly situated" from the case caption.

SO ORDERED.

Dated: June 15, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge